# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | CASE NO. 2:24-PO-00036 |
| | MAGISTRATE JUDGE JOLSON |
| **NWOILEY, AMICHIA,** | |
| **Defendant.** | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case is DISMISS.

                                      s/ Kimberly A. Jolson
                                      **KIMBERLY A. JOLSON**
                                      **United States Magistrate Judge**

7/25/2024
**DATE**